UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE FOLK,

                          CASE NO. 16-11448

        Plaintiff,

                          DENISE PAGE HOOD
  vs.                      UNITED STATES DISTRICT JUDGE

CONVERGENT OUTSOURCING, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

On September 13, 2016, the court entered an Order to Show Cause why the case should not be dismissed for lack of progress in accordance with Local Rule 41.2. Plaintiff having failed to respond in writing or otherwise show good cause why this action should not be dismissed for lack of progress pursuant to Local Rule 41.2:

Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** without prejudice for lack of progress.

                          s/Denise Page Hood
                          Denise Page Hood
                          Chief Judge, United States District Court

Dated:  September 28, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2016, by electronic and/or ordinary mail.

                          s/LaShawn R. Saulsberry
                          Case Manager